SLIP OPINION

Cite as 2016 Ark. 474

# SUPREME COURT OF ARKANSAS
No.

| | |
|---|---|
| IN RE ARKANSAS STATE BOARD OF LAW EXAMINERS | **Opinion Delivered** December 22, 2016 |

**PER CURIAM**

The Honorable Waymond M. Brown of Pine Bluff is appointed to the State Board of Law Examiners for a six-year term concluding on January 1, 2023. Judge Brown will be an At Large member and replaces P. Luevonda Ross, who recently passed away.

The Court extends its sincere appreciation to Judge Brown for accepting appointment to this important Board. The Court also expresses its gratitude for Ms. Ross's dedicated service to the Board and offers its condolences to her family.